UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JSH'NICE CAIN                                                                                    PLAINTIFF

V.                                               CIVIL ACTION NO. 3:24-CV-244-KHJ-MTP

JACKSON PUBLIC SCHOOL                                                          DEFENDANT
DISTRICT

ORDER

Before the Court is Defendant Jackson Public School District's ("the District") [71] Motion for Reconsideration. For the reasons stated below, the Court denies the motion.

Plaintiff Jsh'Nice Cain ("Cain") sued the District on May 1, 2024, alleging discrimination, retaliation, and failure-to-accommodate under the Americans with Disabilities Act ("ADA") and interference and retaliation under the Family and Medical Leave Act ("FMLA"). Compl. [1] ¶¶ 53–91. The District moved for summary judgment on all claims. Mot. for Summ. J. [44] at 1. The Court granted summary judgment for the District on Cain's ADA claims and denied summary judgment on Cain's FMLA claims. Order [69] at 20. This case is set for a jury trial on November 17, 2025.

The Court denied summary judgment on Cain's FMLA claims because, among other reasons, there is a genuine issue of material fact about whether Cain exhausted her 12-week FMLA entitlement. [69] at 11–12. The District asks the Court to reconsider that ruling. [71] at 1.

A motion for reconsideration is appropriate to "relieve a party . . . from a final judgment, order, or proceeding for . . . mistake, inadvertence, surprise, or excusable neglect." *Santa Fe Snyder Corp. v. Norton*, 385 F.3d 884, 887 (5th Cir. 2004) (quoting Fed. R. Civ. P. 60(b)(1)). "The 'mistake' referred to in the rule can apply to the [C]ourt's own error." *Id.* (quoting *Oliver v. Home Indem. Co.,* 470 F.2d 329, 330 (5th Cir.1972)).

After carefully considering the District's arguments, the Court remains of the opinion that a genuine issue of material fact exists as to whether Cain exhausted her 12-week FMLA entitlement. *See* [69] at 11–12. Therefore, the Court DENIES the [71] Motion. In doing so, the Court has considered all the parties' arguments. Those arguments not addressed would not have altered the Court's decision.

SO ORDERED, this 28th day of October, 2025.

                                             s/ *Kristi H. Johnson*
                                             UNITED STATES DISTRICT JUDGE